## UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN

|  |  |  |
|---|---|---|
| | : | |
| SCURRYFUNGE INC., SE | : | |
| MICHIGAN STORAGE, INC., and | : | Case No. 2:25-cv-13577-SJM-DRG |
| GR MOVING AND STORAGE, | : | |
| LLC, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITS FRANCHISING GROUP, | : | |
| INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

## PROPOSED ORDER GRANTING MOTION TO DISMISS

This matter comes before the Court by way of a Motion to Dismiss the Complaint of Plaintiffs Scurryfunge Inc., SE Michigan Storage, Inc., and GR Moving and Storage, LLC ("Plaintiffs") against Defendant Units Franchising Group, Inc. ("UFG"). The Court, having considered the Motion, and otherwise being fully advised, finds and concludes that the Motion is well taken. Therefore, the Court hereby grants UFG's Motion to Dismiss, and hereby dismisses Plaintiffs' Complaint with prejudice.

SO ORDERED this _____ day of _____, 2026.

BY THE COURT:

_____
United States District Court Judge