**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

SCURRYFUNGE INC., SE MICHIGAN STORAGE INC., and GR MOVING AND STORAGE, LLC,

Plaintiffs,

vs.

UNITS FRANCHISING GROUP, INC.,

Defendants.
_______________________________________/

Case No.: 2:25-CV-13577-SJM-DRG

Honorable Stephen Joseph Murphy III
Magistrate Judge: David R. Grand

**NOTICE OF APPEARANCE**

Frances Alaina Rodriguez, Esq. of the law firm Zarco Einhorn Salkowski, P.A., hereby gives notice of her appearance in the above-style case on behalf of Plaintiffs, Scurryfunge, Inc., SE Michigan Storage, LLC and GR Moving and Storage, LLC, and requests that all pleadings and other papers filed or served by e-mail in this case shall be sent to:

**F. Alaina Rodriguez** [farodriguez@zarcolaw.com]

Dated: August 31, 2026

[Signature and Certificate of Service to Follow]

Respectfully submitted,

**ZARCO EINHORN SALKOWSKI, P.A.**
*Counsel for Plaintiffs*
One Biscayne Tower
2 S. Biscayne Blvd., 34th Floor
Miami, Florida 33131
Telephone: (305) 374-5418
Telecopier: (305) 374-5428

By: s/ *F. Alaina Rodriguez*
**ROBERT ZARCO (FBN 502138)**
E-mail: rzarco@zarcolaw.com
**HIMANSHU M. PATEL (FBN 0167223)**
E-mail: hpatel@zarcolaw.com
E-mail: acoro@zarcolaw.com
**F. ALAINA RODRIGUEZ (FBN 1070046)**
E-mail: farodriguez@zarcolaw.com

and

**SULLIVAN WARD PATTON GLEESON & FELTY, P.C.**
*Local Counsel for Plaintiffs*
400 Galleria Officentre, Suite 500
Southfield, Michigan 48034
Telephone: (305) 374-5418
**STEPHEN L. WITENOFF (P29815)**
E-mail: switenoff@sullivanwardlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2026, I filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties on record.

By: s/ *F. Alaina Rodriguez*