**UNITED STATES DISTRICT COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| SCURRYFUNGE INC., SE MICHIGAN STORAGE, INC., and GR MOVING AND STORAGE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UNITS FRANCHISING GROUP, INC.,<br><br>Defendant. | Case No. 2:25-cv-13577-SJM-DRG |

**PROPOSED ORDER GRANTING MOTION TO DISMISS**

This matter comes before the Court by way of a Motion to Dismiss the First Amended Complaint of Plaintiffs Scurryfunge Inc., SE Michigan Storage, Inc., and GR Moving and Storage, LLC ("Plaintiffs") against Defendant Units Franchising Group, Inc. ("UFG"). The Court, having considered the Motion, and otherwise being fully advised, finds and concludes that the Motion is well taken. Therefore, the Court hereby grants UFG's Motion to Dismiss, and hereby dismisses Plaintiffs' First Amended Complaint with prejudice.

SO ORDERED this ________ day of ___________, 2026.

BY THE COURT:

______________________________________
United States District Judge